FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAY -9 AM 10:45
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

CASE NO. CV410-184

ISLAND GRILL, LLC.; MARK EGAN; and JOHN DOES 1-5,

    Defendants.

### ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of May 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA